UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYMEYON HILL, | Case No. 2:20-cv-01422-KJM-JDP (PC) |
| Plaintiff, | FINDINGS AND RECOMMENDATIONS THAT PLAINTIFF'S MOTION TO COMPEL BE DENIED AS MOOT |
| v. | |
| MCGEFFEN, *et al.*, | ECF No. 22 |
| Defendants. | OBJECTIONS DUE WITHIN FOURTEEN DAYS |

The parties settled this case on February 3, 2021. *See Cymeyon Hill v. Buckley, et al.*, 2:19-cv-01331-TLN-KJN (PC) at ECF No. 45. After voluntarily dismissing the case, plaintiff filed a February 22, 2021 motion to compel that sought a copy of the settlement agreement. ECF No. 22. In March of 2021, opposing counsel filed an opposition that argued that the motion was moot and that a copy of the agreement had been mailed to plaintiff on February 23, 2021. ECF No. 23 at 2. To date, plaintiff has not filed a reply stating that he has not received a copy of the agreement or otherwise arguing that his motion is not moot. Accordingly, I conclude that the issue has been resolved and recommend that the motion to compel, ECF No. 22, be denied.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after service of these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to

Magistrate Judge's Findings and Recommendations." Any response to the objections shall be served and filed within fourteen days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   June 11, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2